Exhibit "A"

4800 Port imperial Boulevard, Weehawken, N.J. 07086          Search                    Sign In



NY Waterway: New York Attractions
http://www.nywaterway.com/
**Port Imperial** Parking & Traffic Flow Changes starting on or about April 18th. 04/ 04/2016 ...

Exhibit "B"

4800 Port imperial Boulevard, Weehawken, N.J. 07086

Search

Sign In

NY Waterway: New York Attractions
http://www.nywaterway.com/
**Port Imperial** Parking & Traffic Flow Changes starting on or about April 18th. 04/ 04/2016 ...

Exhibit "C"



Exhibit "D"

GARDEN STATE
Weehawken, NJ

Exhibit "E"