**BALDASSARE & MARA, LLC**
75 Livingston Ave., Suite 101
Livingston, NJ 07068
Newark, NJ 07068
T. (973) 200-4066
F. (973) 556-1071

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NEW JERSEY *ex rel.* RAFI KHATCHIKIAN and IVAN TORRES,<br><br>*Plaintiffs/Relators,*<br><br>v.<br><br>PORT IMPERIAL FERRY CORPORATION; PORT IMPERIAL FERRY CORPORATION d/b/a NY WATERWAY; ARTHUR IMPERATORE, President; ALAN WARREN, Vice President; ROMULUS DEVELOPMENT CORP.; BILLYBEY FERRY COMPANY, LLC; WILLIAM WACHTEL; ABC CORPORATIONS 1-10 (same names being fictitious) and JOHN DOES 1-10 (same names being fictitious),<br><br>*Defendants.* | Civil Action No.: 2:16-cv-2388 (KM) (AME)<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS COUNT SIX OF THE <u>FIRST AMENDED COMPLAINT</u>** |

**TO:**  Michael D. Fitzgerald, Esq.           Gerald C. Robinson, Esq.
 Law Offices of Michael D. Fitzgerald       Halunen Law PLLC
 1701 Pennsylvania Ave. NW, Suite 200       80 South 8th St., Suite 1650
 Washington, DC 20006                       Minneapolis, MN 55402

**PLEASE TAKE NOTICE** that Defendants Port Imperial Ferry Corporation, Port Imperial Ferry Corporation d/b/a NY Waterway, Arthur Imperatore, Romulus Development Corp., and Billybey Ferry Company, LLC ("Defendants"), by and through their attorneys, Baldassare & Mara, LLC (Jennifer Mara, Esq., appearing), shall move before the Honorable Kevin McNulty,

United States District Judge, on November 7, 2022, or as soon thereafter as counsel may be heard, for an Order Dismissing Count Six of Plaintiffs' First Amended Complaint;

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion to Dismiss, Defendants rely upon the accompanying brief and any future filings in support their motion, and oral argument;

**PLEASE TAKE FURTHER NOTICE** that Defendants join in co-defendant Alan Warren's Motion to the extent it is consistent with and applicable to Defendants;

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith;

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested.


Dated: July 29, 2022                              By:  /s/ *Jennifer Mara*
                                                           Jennifer Mara, Esq.