UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NEW JERSEY *ex rel.* RAFI KHATCHIKIAN and IVAN TORRES,<br><br>      *Plaintiffs/Relators,*<br><br>v.<br><br>PORT IMPERIAL FERRY CORPORATION; PORT IMPERIAL FERRY CORPORATION d/b/a NY WATERWAY; ARTHUR IMPERATORE, President; ALAN WARREN, Vice President; ROMULUS DEVELOPMENT CORP.; BILLYBEY FERRY COMPANY, LLC; WILLIAM WACHTEL; ABC CORPORATIONS 1-10 (same names being fictitious) and JOHN DOES 1-10 (same names being fictitious),<br><br>      *Defendants.* | Civil Action No.: 2:16-cv-2388 (KM) (AME)<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court upon the application of Defendants Port Imperial Ferry Corporation, Port Imperial Ferry Corporation d/b/a NY Waterway, Arthur Imperatore, Romulus Development Corp., and Billybey Ferry Company, LLC, by and through their attorneys, Baldassare & Mara, LLC (Jennifer Mara, Esq., appearing), for the entry of an Order dismissing Count Six of the First Amended Complaint; and the Court having considered the arguments of the parties; and for good cause shown;

**IT IS** on this _____ day of _____, 2022,

**ORDERED** that Count Six of the First Amended Complaint is DISMISSED WITH PREJUDICE.

                                                                                           _____
                                                                                           HONORABLE KEVIN MCNULTY
                                                                                           United States District Judge