## **CERTIFICATE OF SERVICE**

I, Jennifer Mara, hereby certify that on July 29, 2022, I caused Defendants Port Imperial Ferry Corporation, Port Imperial Ferry Corporation d/b/a NY Waterway, Arthur Imperatore, Romulus Development Corp., and Billybey Ferry Company, LLC's Brief in Support of their Motion to Dismiss Count Six of the First Amended Complaint and related materials to be filed and served via ECF upon the following parties:

Michael D. Fitzgerald, Esq.
Law Offices of Michael D. Fitzgerald
1701 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006

Gerald C. Robinson, Esq.
Halunen Law PLLC
80 South 8th St., Suite 1650
Minneapolis, MN 55402

I certify that the foregoing statement made by me is true. I am aware that if the foregoing statement made by me is willfully false, I am subject to punishment.

Dated: July 29, 2022                                  By:   */s/ Jennifer Mara*
                                                                           Jennifer Mara, Esq.