

**BALDASSARE & MARA, LLC**

<u>VIA ECF</u>

October 18, 2022

***ORDER***

Honorable André M. Espinosa,
 United States Magistrate Judge
U.S. District Court for the District of New Jersey
MLK Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

  Re: *United States of America and State of New Jersey,*
     *ex rel. Rafi Khatchikian and Ivan Torres v. Port Imperial Ferry Corp., et al.,*
     <u>Case No. 2:16-cv-02388 (KM) (AME)</u>

Dear Judge Espinosa:

  This firm represents Defendants Port Imperial Ferry Corporation, Port Imperial Ferry Corporation d/b/a NY Waterway, Arthur Imperatore, Romulus Development Corp., and Billybey Ferry Company LLC ("Defendants"). The current deadline for Defendants' reply is October 21, 2022. With Plaintiffs' Counsel's consent, we request a 14-day extension of that deadline to November 4, 2022. If the Court permits this extension, we ask that this letter be "so ordered" and filed on the docket.

                Respectfully,

                Michael Baldassare

SO ORDERED.
Dated: October 27, 2022
*/s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge

BAM.LAW · 75 Livingston Avenue, Suite 101 Roseland, NJ 07068 · 973-200-4066